IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL KEELING              :

    v.                                    :        CIVIL ACTION NO. 02-4626

SUPT. SHANNON, ET AL.        :

                                       :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this         day of         ,         , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable THOMAS J. RUETER, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, J.

civrr