UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. KEELING | : | CIVIL ACTION |
| v. | : | |
| SUPT. SHANNON, et al. | : | NO. 02-4626 |

**ORDER**

AND NOW, this 30th day of July, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, it is

**ORDERED**

1. The District Attorney shall file a specific and detailed answer to the petition within 20 days from the date of this order pursuant to Rule 5, 28 U.S.C. §2254.

2. The Clerk of Quarter Sessions of Philadelphia County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post-Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Shannon</u>, Court of Common Pleas of Philadelphia County, Indictment Nos. 94-1157, 94-1158, and 94-1159 (Convicted July 24, 1995; Sentencing Judge - Judge Arnold L. New), within 20 days of the date of this order.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge