IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL E. KEELING

                02-4626
                District Court Docket Number

vs.

SUPT. SHANNON, ETAL

Notice of Appeal Filed 9/15/03
Court Reporter(s)/ESR Operator(s)     N/A

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid ___Seaman
    Docket Fee       __Paid _X_ Not Paid ___USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
_X_ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
_X_ Pending

CC: JUDGE GREEN
     USCA
     APPEALS CLERK

                        Defendant's Address (for criminal appeals)

                        Prepared by : _____
                              LINDA V. JERRY,Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm