**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL E. KEELING, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO. 02-4626 |
| | : | |
| | : | |
| SUPT. SHANNON, et al, | : | |
| Respondant. | : | |

**ORDER**

**AND NOW**, this _____ day of September, 2003, upon consideration of Petitioner's

Motion to proceed *in forma pauperis*, **IT IS HEREBY ORDERED** that Petitioner's motion is

**GRANTED**, such that Petitioner may proceed without paying any costs involved in the above-

captioned action.

**BY THE COURT:**

_____
**CLIFFORD SCOTT GREEN, S.J.**