IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL E. KEELING,                :
            Petitioner,    :    CIVIL ACTION
                                   :
                                   :
   v.                              :    NO. 02-4626
                                   :
                                   :
SUPT. SHANNON, et al,              :
            Respondant.    :

## ORDER

**AND NOW**, this _____ day of February, 2004, upon consideration of Petitioner's Motion to proceed *in forma pauperis* and statement declaring that Petitioner is unable to pay the fees and costs of this litigation, **IT IS HEREBY ORDERED** that Petitioner's motion is **GRANTED**, such that Petitioner may proceed in the Court of Appeals without paying any costs involved in the above-captioned action.

BY THE COURT:

_____
**CLIFFORD SCOTT GREEN, S.J.**