IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. KEELING, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4626 |
| | : | |
| SUPT. SHANNON, et al, | : | |
| Respondant. | : | |

### ORDER

**AND NOW**, this _____ day of September, 2004, upon consideration of Petitioner's Motion for Relief under Federal Rule of Civil Procedure 60(b)(3) and 60(b)(6), **IT IS HEREBY ORDERED** that Petitioner's motion is **DENIED**. It is apparent that Petitioner is attempting to relitigate the same issues raised in his Petition for Writ of Habeas Corpus, which was denied by this court. This court found that there was no basis to grant a certificate of appealability and that thereafter, a certificate of appealability was denied by the Court of Appeals because the Petition lacked merit.

BY THE COURT:

_____
**CLIFFORD SCOTT GREEN, S.J.**