IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL E. KEELING                                    02-4626
                                              District Court Docket Number
　　　　vs.

SUPT, SHANNON, ETAL

Notice of Appeal Filed <u>10/05/04</u>
Court Reporter(s)/ESR Operator(s)          <u>N/A</u>

Filing Fee:
　　　Notice of Appeal __Paid _X_ Not Paid     __Seaman
　　　Docket Fee       __Paid _X_ Not Paid     __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

CC: JUDGE GREEN
　　　USCA
　　　APPEALS CLERK

　　　　　　　　　　　　　　　　Defendant's Address (for criminal appeals)

_____
_____

　　　　　　　　　　　　　Prepared by : _____
　　　　　　　　　　　　　　　　　　　LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm