**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL E. KEELING,                              :
                                    Petitioner,    :        CIVIL ACTION
                                                   :
                                                   :
                    v.                             :        NO. 02-4626
                                                   :
                                                   :
SUPT. SHANNON, et al,                             :
                                    Respondent.   :

## <u>ORDER</u>

**AND NOW**, this 23rd day of November, 2004, upon consideration of Petitioner's

Motion to proceed *in forma pauperis* and statement declaring that Petitioner is unable to pay the

fees and costs of this litigation, pursuant to 28 U.S.C. § 1915(a), **IT IS HEREBY ORDERED**

that Petitioner's motion is **GRANTED**, such that Petitioner may proceed without paying any

costs involved in the above-captioned action.  **IT IS FURTHER ORDERED** that the U.S.

Marshal Service make service in this matter, without any cost to Petitioner.

**BY THE COURT:**

 **S/Clifford Scott Green** _____
**CLIFFORD SCOTT GREEN, S.J.**