IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL E. KEELING,                     :
                Petitioner,     :     CIVIL ACTION
                               :
                               :
        v.                      :     NO. 02-4626
                               :
                               :
SUPT. SHANNON, et al,                   :
                Respondent.     :

## ORDER

Presently pending is Petitioner's Motion for Relief Under Federal Rule of Civil Procedure

60(b) filed on December 10, 2004.  The instant motion is essentially a motion seeking the re-

opening of the court's consideration of a previously decided petition for writ of habeas corpus

relief.  In the motion Petitioner argues that the court made "mistakes" and that in accordance with

Fed.R.Civ.P 60(b), it must correct those mistakes.  The mistakes Petitioner asserts the court made

are that: (1) the court should reverse its decision on his Sixth Amendment claim that he was

denied the right to a speedy trial; (2) the court erroneously determined his Fourth Amendment

claims for ineffective assistance of counsel regarding his trial counsel's asserted failure to

challenge the stated probable cause for his arrest and failure to properly challenge the

admissibility of certain evidence at trial; (3) his Sixth Amendment claim for ineffective

assistance of counsel should be due to trial counsel's failure to investigate and call certain

witnesses should be granted.

The court has already considered the petition for habeas corpus relief, the Report and

Recommendation of Magistrate Judge Thomas Reuter, and Petitioner's Objection to the Report.

The issues Petitioner now wishes the court to reconsider as "mistakes" or to reverse on the

grounds that they were erroneously decided have been fully considered on the merits.  All of the

above listed issues were claims included in the petition for writ of habeas corpus relief filed in

this matter.   The court considered all of the above and entered a Memorandum and Order

overruling Petitioner's Objections to the Report on December 19, 2003.  Petitioner was

subsequently granted leave to appeal this matter to the United States Court of Appeals for the

Third Circuit which denied his request for a certificate of appealability on August 9, 2004.

     **AND NOW**, this 26th day of January 2005, this matter having been fully considered on

the merits, **IT IS HEREBY ORDERED** that Petitioner'Motion for Relief Under Federal Rule of

Civil Procedure 60(b) is **DENIED**.  **IT IS FURTHER ORDERED** that the Clerk of Court close

this case.

**BY THE COURT:**

**S/**_____
**CLIFFORD SCOTT GREEN, S.J.**