**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL E. KEELING** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 02-4626** |
| | : | |
| **SHANNON,** ***et al*** | : | |

**ORDER**

**AND NOW**, this 17th day of November 2026, upon consideration of Keeling's "Motion for Relief Under Federal Rule of Civil Procedure Rule 60(b)(6)" (ECF No. 34), and Respondents' opposition thereto, it is hereby **ORDERED** that Keeling's Motion is **DENIED**.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**